IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Allstar Fire Equipment |
| Defendant 4 | Amerex Corporation |
| Defendant 5 | Archroma US Inc. |
| Defendant 6 | Arkema, Inc. |
| Defendant 7 | BASF Corporation |
| Defendant 8 | Buckeye Fire Equipment Company |
| Defendant 9 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 10 | Chemdesign Products, Inc. |
| Defendant 11 | Chemguard, Inc. |
| Defendant 12 | Chemicals, Inc. |
| Defendant 13 | Chemours Company, LLC |
| Defendant 14 | Chubb Fire LTD |
| Defendant 15 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 16 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | Deepwater Chemicals, Inc. |
| Defendant 18 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | Dynax Corporation |
| Defendant 20 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 21 | Fire Dex LLC |
| Defendant 22 | Globe Manufacturing Company, LLC |

| | |
|---|---|
| Defendant 23 | Honeywell Safety Products USA, Inc. |
| Defendant 24 | Kidde PLC |
| Defendant 25 | Lion Group, Inc. |
| Defendant 26 | Mallory Safety and Supply LLC |
| Defendant 27 | Mine Safety Appliances Co, Inc. |
| Defendant 28 | Municipal Emergency Services, Inc. |
| Defendant 29 | Nation Ford Chemical Company |
| Defendant 30 | National Foam, Inc. |
| Defendant 31 | PBI Performance Products, Inc. |
| Defendant 32 | Southern Mills, Inc. |
| Defendant 33 | Stedfast USA, Inc. |
| Defendant 34 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 35 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |
| Defendant 36 | United Technologies Corporation |
| Defendant 37 | UTC Fire & Security Americas Corporation, Inc, f/k/a GE Interlogix, Inc. |
| Defendant 38 | WL Gore & Associates, Inc. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒     Diversity

    ☒     Federal Question

    ☐     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐     Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design
   Count II – Failure to Warn
   Count III – Negligence
   Count IV – Negligence Per Se
   Count V – Trespass and Battery
   Count VI – Strict Product Liability
   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
   Count VIII – Concealment, Misrepresentation, and Fraud

Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

<u>Other Causes of Action</u>:
Count XII – <u>Punitive Damages</u>
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others
_____
_____
_____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: 09/04/2025              Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010

*Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Bauer, Keith C. | 6/30/1984 | PA | Eastern District of Pennsylvania | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Bedsole, Shannon | 9/13/1973 | AL | Middle District Court of Alabama | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Berkey, Frank | 8/29/1954 | NJ | District of New Jersey | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Bevel, Shawn | 2/20/1974 | AL | Northern District of Alabama | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Blanchard Sr, Mark | 5/8/1952 | WA | Eastern District of Washington | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Bloomer, Andrew | 4/13/1944 | MS | Southern District of Mississippi | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Brooker, Michael James | 11/8/1954 | FL | Middle District of Florida | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Bruins, Richard Lemont | 7/7/1964 | CA | Central District of California | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Burns, Ky J.J. | 10/9/1984 | FL | Southern District Court of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Campbell, Colton | 8/17/1989 | LA | Western District of Louisiana | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Cappello, Gregory | 2/17/1976 | NJ | District of New Jersey | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Caughman, Donnie N. | 6/6/1947 | MS | Southern District of Mississippi | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Christiani, James | 1/22/1972 | MI | Eastern District of Michigan | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Clemons, Cheryl | 5/26/1957 | TX | Southern District of Texas | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Cleveland, Edward | 6/15/1981 | AZ | District of Arizona | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Dargo, Susan | 5/5/1960 | CA | Eastern District of California | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Deckard, Christina Ann | 4/23/1980 | CA | Southern District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Diaz, Gilbert | 6/22/1974 | AZ | District of Arizona | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Evans, James | 7/8/1985 | MO | Western District of Missouri | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Feaster, Carrie Lynn | 10/25/1977 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Felton, James E | 10/1/1958 | TN | Eastern District of Tennessee | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Fender, Walter E. | 9/14/1965 | IN | Southern District of Indiana | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Galanti, Joseph | 9/2/1966 | NY | Northern District of New York | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Gannon, Dennis | 5/10/1947 | FL | Middle District of Florida | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Gilchrist, Christopher James | 6/6/1973 | OR | District of Oregon | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Gilmore, Anthony R. | 12/7/1970 | OH | Northern District of Ohio | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 27. | Giovacchini, Antonio | 1/26/1955 | CO | District of Colorado | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Goad, Earl D. | 12/23/1974 | TX | Southern District of Texas | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Hall, Cleophus | 6/25/1964 | FL | Southern District of Florida | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Hill, Richard | 5/3/1960 | RI | District of Rhode Island | X | X | X | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Hobson, Jimmy | 8/9/1946 | MO | Western District of Missouri | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Hutson, James | 2/16/1969 | OH | Northern District of Ohio | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Jenkins, Edward | 9/16/1952 | LA | Middle District of Louisiana | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Jordan, Gwendolyn | 3/7/1961 | MS | Northern District of Mississippi | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | King, Paul Christopher | 7/30/1965 | NC | Eastern District of North Carolina | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Leger, Jamin | 3/3/1977 | VA | Western District of Virginia | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Logan, Thurman David | 5/27/1957 | TX | Eastern District of Texas | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Lund, Charles | 5/31/1976 | OH | Southern District of Ohio | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Mathis, Gerald | 4/6/1967 | MD | District of Maryland | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | McDaniel, Harlan Dale | 1/29/1957 | AR | Eastern District of Arkansas | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Menkhoff, Mary | 12/21/1943 | KS | District of Kansas | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Mezzacappa, Anthony | 6/26/1955 | NJ | District of New Jersey | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Miranda, Howard | 1/23/1958 | NY | Norhtern District of New York | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Norman, Christopher | 11/17/1950 | TX | Southern District of Texas | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Olivares, Alejandro | 3/1/1977 | CA | Northern District of California | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Parrott, Gary | 11/15/1959 | GA | Northern District of Georgia | X | X | X | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Pishbin, Sahra | 1/27/1987 | VA | Eastern District of Virginia | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Pitts, Shaun | 6/26/1959 | IL | Southern District of Ilinois | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Plemmons, Sandra Michele | 9/30/1972 | KY | Western District of Kentucky | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Queen, Freddie Alan | 6/26/1974 | OH | Southern District of Ohio | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Riley, Westley | 11/26/1948 | NY | Southern District of New York | X | X | X | Testicular Cancer; Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Rogers, Anthony | 6/6/1976 | WA | Western District of Washington | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Rose, Leanna | 5/3/1969 | VA | Eastern District of Virginia | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Roybal, Daniel Shawn | 5/6/1971 | CA | Central District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | Seay, John G. | 12/24/1946 | VA | Eastern District of Virginia | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Sims, Terry Ray | 9/25/1968 | FL | Southern District of Florida | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Stewart, Charles | 2/15/1971 | WV | Southern District of West Virginia | X | X | X | Thyroid Disease; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Taylor, Tami | 11/6/1963 | AL | Middle District of Alabama | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Trace, Donald | 4/22/1957 | NC | Middle District Court of North Carolina | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Wagner, Randall | 12/6/1967 | NJ | District of New Jersey | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Ward, Miles | 8/16/1977 | KY | Western District of Kentucky | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Webster, Jefferey | 10/30/1983 | WY | District of Wyoming | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Wehe, Matthew | 6/16/1984 | CA | Eastern District of California | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 64. | Williams, Eric | 6/25/1979 | AL | Northern District Court | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Williams, Russell | 2/6/1960 | PA | Western District of Pennsylvania | X | X | X | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Yates, Howard | 11/1/1959 | TX | Southern District of Texas | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Ziebarth, Paul | 7/13/1968 | NY | Eastern District of New York | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |